# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 27 2005

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES OF AMERICA**

**V.**

**Warren Steed Jeffs**

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-4126M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 10, 2005, **in the District of Arizona,** the defendant, Warren Jeffs, did knowingly travel in interstate commerce from the State of Arizona to avoid prosecution for crimes which are felonies in the State of Arizona, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation **(FBI)** and that this complaint is based on the following facts:

**See attached affidavit incorporated by reference herein:**

Continued on the attached sheet and made a part hereof:    X  Yes    ☐ No

AUTHORIZED BY:  Assistant United States Attorney Joseph J. Lodge

Robert T. Foster, Special Agent, FBI
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

June 27, 2005                                                   at    Flagstaff, Arizona
Date                                                                        City and State

Mark E. Aspey, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

ARIZONA

FLAGSTAFF, ARIZONA

<u>AFFIDAVIT</u>

I, Robert T. Foster, swear, depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) currently assigned to the Flagstaff Resident Agency Office, Phoenix Division, Phoenix, Arizona. I have been employed as an SA approximately nine years with the FBI. In the course of my employment duties, I am charged with the investigation of violations of Federal law. In this regard, the following information pertains to a criminal investigation of Unlawful Flight to Avoid Prosecution. The contributors to the information contained in this affidavit were your affiant and Mojave County Attorney Investigator Gary Engels (Investigator Engels). Contained herein, are only the facts necessary to establish probable cause that a crime occurred within the District of Arizona.

2. On June 9, 2005, a Mojave County Grand Jury returned a two count indictment charging Warren Steed Jeffs (Jeffs) with violating A.R.S. 13-1405, 13-1401, 13-303, 13-701 and 13-801 (Sexual Conduct with a Minor) and A.R.S. 13-1003, 13-1405, 13-1401, 13-701, and 13-801 ( Conspiracy to Commit Sexual Conduct with a Minor) (See attached criminal indictment and warrant). Both charges are Class 6 felony offenses within the State of Arizona.

1

3. The indictment alleges on or about March 28, 2002 and June 30, 2002, in the vicinity of Colorado City, Mojave County, Arizona, Jeffs committed the offense of sexual conduct with a minor who has not yet attained the age of 18. The indictment further alleges that on or about January 1, 2002 and June 30, 2002, in the vicinity of Colorado City, Mojave County, Arizona, Jeffs committed the offense of conspiracy to commit sexual conduct with a minor who has not yet attained the age of 18.

4. According to Mojave County Investigator Engels, numerous attempts have been made to locate and arrest Jeffs at his listed residence bordering Colorado City, Arizona. Associates of Jeffs indicate that he has left the Colorado City area. Source information indicates Jeffs has relocated to Schleicher County, Texas or possibly somewhere near Bountiful, British Columbia. On June 10, 2005, and June 15, 2005, officers from the Schleicher County Sheriff's Department attempted to locate Jeffs at the YFZ Ranch located at 2420 County Road 300 in Texas. They were told by an associate of Jeffs that he was not in Texas and that he did not where he was currently located.

5. On June 22, 2005, Mojave County Attorney Matthew J. Smith issued a letter to SA Foster indicating that the Mojave County Attorney's office would authorize extradition

2

for Jeffs from anywhere inside the United States (see attached letter).

      6.  Based on the aforementioned facts, your affiant believes that Warren Steed Jeffs did knowingly flee the State of Arizona to avoid prosecution, thus committing the crime of Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

                                     Robert T. Foster
                                       Special Agent
                                       Federal Bureau of Investigation
                                       Flagstaff, Arizona

Subscribed and sworn to before me this 27th day of June, 2005.

                                       U.S. Magistrate Judge
                                       Mark E. Aspey